# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**THOMAS CONWAY,**

                **Plaintiff,**

**-vs-**                                                                                                       Case No. 6:09-cv-263-Orl-22DAB

**ASTRAZENECA LP, ASTRAZENECA
PHARMACEUTICALS LP,
ASTRAZENECA AB,**

                **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO WITHDRAW AS ATTORNEY (Doc. No. 6)**
>
> **FILED:**       **March 3, 2009**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. It is further **RECOMMENDED** that the case be dismissed for failure to prosecute and abandonment of his claim if this Plaintiff fails timely to respond to his counsel allowing prosecution of his claim and **DIRECTING** Plaintiff's counsel to assure that Plaintiff receives the Report and Recommendation and understands the consequences of failing to respond.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 26, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy